| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 11-01958-RNO | 999-0 | SUZANNE J KLINGER<br>Original Check written to:<br>**SUZANNE J KLINGER<br>149 IVY DR<br>BLOOMSBURG, PA 17815 | | 0.00 | 100.00 | 0.00 | 100.00 |
| 11-02344-13 | 06U-0 | PAULA CROSS ALLEN<br>Original Check written to:<br>WATERFLOW PIKE, INC<br>618 ROUTE 507<br>PAUPACK, PA 18451- | 3782 | 1,152.99 | 10.38 | 0.00 | 10.38 |
| 11-02551-RNO | 06U-0 | NICHOLE M WILDER-FENWICK<br>Original Check written to:<br>GALWAY FINANCIAL, LLC<br>3870 PEACHTREE INDUSTRIAL<br>BLVD, SUITE 150-316<br>DULUTH, GA 30096 | 11094464 | 826.31 | 23.69 | 0.00 | 23.69 |
| 11-03449-JJT | 07U-0 | NATHAN LEE JACKSON<br>Original Check written to:<br>VERIZON<br>500 TECHNOLOGY DRIVE, #550<br>WELDON SPRING, MO 63304-2225 | 4664 | 41.50 | 37.69 | 0.00 | 37.69 |
| 11-03997-JJT | 03U-0 | THOMISINA MCBRIDE<br>Original Check written to:<br>CHASE BANK USA, NA<br>CHASE AUTO FINANCE CORP<br>201 N CENTRAL AVE, AZI-1191<br>PHOENIX, AZ 85004 | 0796 | 18,334.06 | 1,976.09 | 0.00 | 1,976.09 |
| 11-03997-JJT | 04U-0 | THOMISINA MCBRIDE<br>Original Check written to:<br>CHASE BANK USA, NA<br>CHASE AUTO FINANCE CORP<br>201 N CENTRAL AVE, AZI-1191<br>PHOENIX, AZ 85004 | 0700 | 5,568.41 | 600.17 | 0.00 | 600.17 |
| 11-06193-RNO | 002-0 | WILLIAM D DAVIS<br>Original Check written to:<br>ROUNDUP FUNDING, LLC<br>MAIL STOP 550<br>2101 FOURTH AVENUE, SUITE 1030<br>SEATTLE, WA 98121 | 5601 | 0.00 | 2,590.90 | 0.00 | 2,590.90 |
| 11-07810-MDF | 05S-0 | CORTNEY ANNE RUBINO<br>Original Check written to:<br>NATIONWIDE ADVANTAGE MORTGAGE<br>P.O. BOX 919000<br>DES MOINES, IA 50328- | 4029 | 13,011.23 | 1,426.50 | 0.00 | 1,426.50 |

---

**Charles J. DeHart, III**
**Standing Chapter 13 Bankruptcy Trustee**
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

Fulton Bank
Lancaster PA 17604

60-142 / 313

No. 1110072

August 04, 2014

PAY** Six Thousand Seven Hundred Sixty Five Dollars and 42 Cents*****************

AMOUNT**$6,765.42**********

TO THE ORDER OF

VOID AFTER November 02, 2014
Positive Pay Account

CLERK U.S. BANKRUPTCY COURT
P.O. BOX 908
HARRISBURG, PA 17108-